PHILLIP A. TALBERT
United States Attorney
DENNIS L. LEWIS
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00111-EPG |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| CARLOS JESUS JORDAN LOPEZ, | |
| Defendant. | DATE: February 2, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

This case is set for a preliminary hearing on February 2, 2024. The parties agree and stipulate to continue the preliminary hearing until March 15, 2024, at 2:00 p.m. before the duty magistrate. Defense counsel has continued to be engaged in discussions and further investigation and needs additional time to conclude that process. Attorney Mario Tafur has taken over the direct representation of defendant Lopez and has only recently been able to in person confer with his client. Additionally, the parties are engaged in discussions and investigation of issues related to a possible pre-indictment resolution as well as consultation with or seeking consultation with experts. There are complex factual and legal issues the parties are exploring and believe that additional time to conclude that process will be productive in moving the case forward. Discovery necessary for this process, including multimedia, are being prepared and will be provided to the defense within the next week.

If the case is continued, this Court should designate a new date for the preliminary hearing. *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be

"specifically limited in time").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on February 2, 2024.

2. By this stipulation, defendant now moves to continue the preliminary hearing until **March 15, 2024, at 2:00 p.m.** and to exclude time between February 2, 2024, and March 15, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties are discussing and conducting further investigation into pre-indictment matters and need additional time to conclude.

    b) Counsel for defendant desires additional time to consult with his client, conduct further investigation, and further discuss charges with the government.

    c) Counsel for the defendant and the Government are engaged in resolution discussions and believe that additional time is necessary to conclude those discussions.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

    g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

    h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of February 2, 2024 to March 15, 2024, inclusive, is deemed excludable pursuant to

18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated: January 30, 2024                         PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ DENNIS L LEWIS
                                                DENNIS L LEWIS
                                                Assistant United States Attorney

Dated: January 30, 2024                         /s/ MARIO TAFUR
                                                MARIO TAFUR
                                                Counsel for Defendant
                                                CARLOS JESUS JORDAN
                                                LOPEZ

## ORDER

IT IS SO ORDERED that the preliminary hearing is continued from February 2, 2024, to **March 15, 2024, at 2:00 p.m. in Courtroom 8 before Magistrate Judge Stanley A. Boone**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **January 30, 2024**                     /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE