1  PHILLIP A. TALBERT
   United States Attorney
2  DENNIS L. LEWIS
   Special Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO.  1:23-MJ-00111-EPG |
12 |                    Plaintiff,     |                             |
   |                                   | STIPULATION REGARDING EXCLUDABLE |
13 |          v.                       | TIME PERIODS UNDER SPEEDY TRIAL ACT; |
   |                                   | FINDINGS AND ORDER          |
14 | CARLOS JESUS JORDAN LOPEZ,        |                             |
   |                                   | DATE: March 15, 2024        |
15 |                    Defendant.     | TIME: 2:00 p.m.             |
   |                                   | COURT: Hon. Stanley Boone   |
16

17         This case is set for a preliminary hearing on March 15, 2024.  The parties agree and stipulate to

18 continue the preliminary hearing until April 5, 2024, at 2:00 p.m. before the duty magistrate.  Defense

19 counsel has continued to be engaged in discussions and further investigation and needs additional time

20 to conclude that process.  Attorney Mario Tafur has taken over the direct representation of defendant

21 Lopez and has only recently been able to in person confer with his client. Mr. Tafur needs additional

22 time to confer with Mr. Lopez and the Government. Additionally, the parties are engaged in discussions

23 and investigation of issues related to a possible pre-indictment resolution as well as consultation with or

24 seeking consultation with experts.  There are complex factual and legal issues the parties are exploring

25 and believe that additional time to conclude that process will be productive in moving the case forward.

26 The parties believe this short continuance will be the last such continuance necessary.

27         If the case is continued, this Court should designate a new date for the preliminary hearing.

28 *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be

"specifically limited in time").

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for preliminary hearing on March 15, 2024.

2.      By this stipulation, defendant now moves to continue the preliminary hearing until **April 5, 2024, at 2:00 p.m.** and to exclude time between March 15, 2024, and April 5, 2024.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The parties are discussing and conducting further investigation into pre-indictment matters and need additional time to conclude.

b)      Counsel for defendant desires additional time to consult with his client, conduct further investigation, and further discuss charges with the government.

c)      Counsel for the defendant and the Government are engaged in resolution discussions and believe that additional time is necessary to conclude those discussions.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause".  Here, the defendant consents and there is good cause as set forth herein.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of March 15, 2024 to April 5, 2024, inclusive, is deemed excludable pursuant to 18

1    U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at

2    defendant's request on the basis of the Court's finding that the ends of justice served by taking

3    such action outweigh the best interest of the public and the defendant in a speedy

4    indictment/trial.

5        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

6    Speedy Trial Act dictate that additional time periods are excludable from the period within which an

7    indictment must be filed and a trial must commence.

8        IT IS SO STIPULATED.

9    Dated:  March 11, 2024                    PHILLIP A. TALBERT
                                               United States Attorney
10

11                                            /s/ DENNIS L LEWIS
                                              DENNIS L LEWIS
12                                            Assistant United States Attorney

13

14   Dated:  March 11, 2024                    /s/ MARIO TAFUR

                                              MARIO TAFUR
15                                            Counsel for Defendant
                                              CARLOS JESUS JORDAN
16                                            LOPEZ

17

18

19

20

21

22

23

24

25

26

27

28

**FINDINGS AND ORDER**

The preliminary hearing in the above-entitled case is hereby continued from the previously set date of March 15, 2024, to April 5, 2024, at 2:00pm. The time period of March 15, 2024 to April 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). All other orders remain in full force and effect.

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  __**March 11, 2024**__

_____
UNITED STATES MAGISTRATE JUDGE