PHILLIP A. TALBERT
United States Attorney
DENNIS L. LEWIS
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS JESUS JORDAN LOPEZ,<br><br>Defendant. | CASE NO. 1:24-CR-00123 JLT SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 10, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

This case is set for a preliminary hearing on June 10, 2024. The parties agree and stipulate to continue the preliminary hearing until July 2, 2024, at 2:00 p.m. before the Honorable Stanley A. Boone. The Defendant, Defense counsel and the Government have reached an agreement as to the disposition of the charges in this case and have signed a Memorandum of Plea Agreement. An Information has also been filed and assigned case number 1:24-CR-00123-JLT-SKO. It is the desire and intent of the parties to have the case heard and a plea entered in the District Count on July 2, 2024. The July 2 date is the next available for all parties to be present.

If the case is continued, this Court should designate a new date for the preliminary hearing. *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on June 10, 2024.

2. By this stipulation, defendant now moves to continue the preliminary hearing until **July 2, 2024.** and to exclude time between June 10, 2024, and July 2, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have reached a settlement of the issue and charges in this case and need additional time to file the necessary pleadings and appear in court to enter a plea to an Information.

   b) Counsel for defendant desires additional time to consult with his client to discuss sentencing issues, review the Information, sign a waiver of Indictment and further discuss sentencing with the government.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) The defendant and government anticipate the entry of a plea to an Information and the waiver of an Indictment and Preliminary Hearing on July 2, 2024.

   f) Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of June 10, 2024 to July 2, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at

defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated:  June 6, 2024      PHILLIP A. TALBERT
United States Attorney

/s/ DENNIS L LEWIS
DENNIS L LEWIS
Assistant United States Attorney

Dated:  June 6, 2024      /s/ MARIO TAFUR
MARIO TAFUR
Counsel for Defendant
CARLOS JESUS JORDAN LOPEZ

## FINDINGS AND ORDER

The preliminary hearing in the above-entitled case is hereby continued from the previously set date of June 10, 2024, to July 2, 2024, at 2:00 pm before Duty Magistrate Judge. The time period of June 10, 2024 to July 2, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 7, 2024**       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT     3