Mario Tafur, Esq. (SBN: 329899)
**BULLDOG LAW, P.C.**
500 N. Central Avenue, Suite 610
Glendale, California 91203
(855) 216-3990
mario@thebulldog.law

Attorney for Defendant,
CARLOS JESUS JORDAN LOPEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALFIORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS JESUS JORDAN LOPEZ,<br><br>Defendant. | Case No.: 24-CR-00123-JTL-SKO-1<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>**DATE: July 16, 2024**<br>**TIME:  2:00 PM**<br>**COURT: Hon. Jennifer L. Thurston** |

     This case is set for a Preliminary Hearing on July 16, 2024.  The parties agree and stipulate to continue the preliminary hearing until **September 30, 2024**, at 2:00 p.m. before the District Judge Jennifer L. Thurston.  The Defendant, Defense counsel and the Government have reached an agreement as to the disposition of the charges in this case and have signed a Memorandum of Plea Agreement.  It is the desire and intent of the parties to have the case heard and a plea entered in the District Court on September 30, 2024. September 30, 2024, is the next best available date for all parties to be present and the court's calendar.

//

     If the case is continued, this Court should designate a new date for the

preliminary hearing. *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on July 16, 2024.

2. By this stipulation, defendant now moves to continue the preliminary hearing until September 30, 2024 and to exclude time between July 16, 2024, and September 30, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have reached a settlement of the issue and charges in this case and need additional time to file the necessary pleadings and appear in court to enter a plea to an Information.

   b) Counsel for defendant desires additional time to consult with his client to discuss sentencing issues, review the Information, sign a waiver of Indictment and further discuss sentencing with the government.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) The defendant and government anticipate the entry of a plea to an Information and the waiver of an Indictment and Preliminary Hearing on September 30, 2024.

   f) Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody,"

unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

    g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

    h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of July 16, 2024 to September 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed, and a trial must commence.

IT IS SO STIPULATED.

Dated: July 11, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Dennis Lewis*
Dennis Lewis
Assistant United States Attorney

Dated: July 11, 2024

*/s/ MARIO TAFUR*
Mario Tafur
Counsel for
Carlos Jesus Jordan Lopez

## **FINDINGS AND ORDER**

The preliminary hearing in the above-entitled case previously set for July 16, 2024 is VACATED, and a change of plea hearing is set for **September 30, 2024, at 9:00 a.m. before District Judge Jennifer Thurston**. The time period of July 16, 2024 to September 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:     **July 12, 2024**                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE